1  ROBERT J. YORIO (SBN 93178)
   ryorio@carrferrell.com
2  ILENE H. GOLDBERG (SBN 168051)
   igoldberg@carrferrell.com
3  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
4  CHRISTOPHER P. GREWE (SBN 245938)
   cgrewe@carrferrell.com
5  CARR & FERRELL LLP
   2200 Geng Road
6  Palo Alto, California 94303
   Telephone: (650) 812-3400
7  Facsimile:  (650) 812-3444
8
   Attorneys for Plaintiffs
9  INGRID CARNEY and
   INGRID & ISABEL, INC.
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13
   INGRID & ISABEL, INC., a California       )   CASE NO. C 08-02554 EMC
14 corporation, and INGRID & ISABEL, LLC, a  )
   California limited liability company,     )
15                                            )
                                              )   **PLAINTIFFS' RULE 7.1**
16              Plaintiffs,                   )   **DISCLOSURE STATEMENT AND**
                                              )   **CERTIFICATION OF INTERESTED**
17          v.                                )   **ENTITIES OR PERSONS**
                                              )
18 BABY BE MINE, LLC, a Delaware limited     )
   liability company,                         )
19                                            )
                Defendants.                   )
20 _____)

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

{00312677v1}                           -1-
                   CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

# RULE 7.1 DISCLOSURE STATEMENT
## AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Fed.R.Civ.P.7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Ingrid & Isabel, Inc.
Color Image Apparel, Inc.

There are no publicly held corporations that own 10% or more of plaintiff Ingrid & Isabel, LLC.

Dated: May 22, 2008

**CARR & FERRELL *LLP***

By: _____
ROBERT J. YORIO

Attorneys for Plaintiffs
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC