United States District Court
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6

7  INGRID & ISABEL INC,                    No. C 08-02554 JCS

8        Plaintiff(s),                     **CONSENT TO PROCEED BEFORE A
                                           UNITED STATES MAGISTRATE JUDGE**
9     v.

10 BABY BE MINE INC.,

11       Defendant(s).
12 _____/

13

14       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

15       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

16 in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

17 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

18 final judgment. Appeal from the judgment shall be taken directly to the United States Court of

19 Appeals for the Ninth Circuit

20

21 Dated: July 17, 2008                    _____
                                           Signature
22
                                           Plaintiffs
23                                         Counsel for Ingrid & Isabel, Inc.
                                           (Name or party or indicate "pro se")
24
25
26
27
28

2

| | |
|---|---|
| CASE NAME: *Ingrid & Isabel v. Baby Be Mine* | CASE NO. C-08-02554 JCS |

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

☒   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

Robert N. Levin, Esq.
Law Offices of Robert N. Levin, P.C.
1901 Research Blvd., Suite 400
Rockville, Maryland 20850

Attorneys for Plaintiffs
BABY BE MINE, LLC

☒   (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 17, 2008 at Palo Alto, California.

_____
Michelle Canalita

{00318853v1}

PROOF OF SERVICE
(Case No. C 08-02554 JCS)