UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,

    Plaintiff(s),

v.

BABY BE MINE, LLC, a Delaware limited liability company,

    Defendant(s).

No. C -08-2554 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 24, 2008

_____
Signature

Counsel for  Defendant Baby Be Mine, LLC
(Plaintiff, Defendant or indicate "pro se")