Peter W. Craigie, State Bar No. 99509
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Robert N. Levin
*Pro Hac Vice*
Law Offices Of Robert N. Levin, P.C.
1901 Research Boulevard, Suite 400
Rockville, Maryland 20850-3164
Telephone: 301-517-8727
Telecopier: 301-762-4056
E-mail: r.levin@erols.com

Attorneys for Defendant and Counterclaimant
BABY BE MINE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>          Plaintiffs,<br>     vs.<br><br>BABY BE MINE, LLC, a Delaware limited liability company,<br><br>          Defendant.<br>_____<br>AND RELATED COUNTERCLAIM. | Case No. CV-08-02554 EMC<br><br>Case No. CV-07-1153 JCS<br><br>**BABY BE MINE, LLC's NON-OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

Defendant BABY BE MINE, LLC does not oppose Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11, and respectfully requests that the cases be re-assigned to Magistrate Judge Spero.

1

1

2  Dated: July 24, 2008                    CRAIGIE, McCARTHY & CLOW

3

4                                          _____*/s/ Peter W. Craigie*_____
                                           Peter W. Craigie
5                                          Attorneys for Defendant and Counterclaimant
                                           BABY BE MINE, LLC
6

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

2

Defendant Baby Be Mine's Non-Opposition to Administrative Motion