Peter W. Craigie, State Bar No. 99509
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Robert N. Levin
*Pro Hac Vice*
Law Offices Of Robert N. Levin, P.C.
1901 Research Boulevard, Suite 400
Rockville, Maryland 20850-3164
Telephone: 301-517-8727
Telecopier: 301-762-4056
E-mail: r.levin@erols.com

Attorneys for Defendant and Counterclaimant
BABY BE MINE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>            Plaintiffs,<br>      vs.<br><br>BABY BE MINE, LLC, a Delaware limited liability company,<br><br>            Defendant.<br>_____<br>AND RELATED COUNTERCLAIM. | Case No. CV-08-02554 EMC<br><br>**BABY BE MINE, LLC's RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION RE: INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

1

1

2  Dated: July 24, 2008                    CRAIGIE, McCARTHY & CLOW

3

4                                          _____*/s/ Peter W. Craigie*_____
                                           Peter W. Craigie
5                                          Attorneys for Defendant and Counterclaimant
                                           BABY BE MINE, LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783