Peter W. Craigie, State Bar No. 99509
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Robert N. Levin
*Pro Hac Vice*
Law Offices Of Robert N. Levin, P.C.
1901 Research Boulevard, Suite 400
Rockville, Maryland 20850-3164
Telephone: 301-517-8727
Telecopier: 301-762-4056
E-mail: r.levin@erols.com

Attorneys for Defendant and Counterclaimant
BABY BE MINE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>BABY BE MINE, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV-08-02554 JCS<br><br>**APPLICATION FOR OUT-OF-STATE COUNSEL TO APPEAR *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, Robert N. Levin hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendant and counterclaimant BABY BE MINE, LLC in the above-entitled action.

///

///

In support of this application, I, Robert N. Levin, hereby declare that:

1. I am an active member in good standing of the Bars of the Court of Appeals of the State of Maryland and all Courts of the District of Columbia. I am also an active member in good standing of the United States District Courts for Maryland and the District of Columbia, as well as the United States Courts of Appeal for the D.C. Circuit, the Fourth Circuit and the Federal Circuit. Further, I am an active member in good standing of the U.S. Tax Court and the Supreme Court of the United States.

2. I agree to abide by the Standards of professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

3. Peter W. Craigie, an active member in good standing of the Bar of this Court and whose firm, Craigie, McCarthy & Clow, maintains an office at 540 Pacific Avenue in San Francisco, California, is designated as co-counsel for defendant and counterclaimant BABY BE MINE, LLC.

4. Based on the foregoing, I believe there is good cause for this Court to grant this application and admit Robert N. Levin *pro hac vice*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 24, 2008.

Dated: July 24, 2008

LAW OFFICES OF ROBERT N. LEVIN, P.C.

Robert N. Levin
Attorneys for Defendant and Counterclaimant
BABY BE MINE, LLC