Peter W. Craigie, State Bar No. 99509
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Robert N. Levin
*Pro Hac Vice*
Law Offices Of Robert N. Levin, P.C.
1901 Research Boulevard, Suite 400
Rockville, Maryland 20850-3164
Telephone: 301-517-8727
Telecopier: 301-762-4056
E-mail: r.levin@erols.com

Attorneys for Defendant and Counterclaimant
BABY BE MINE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>            Plaintiffs,<br>     vs.<br><br>BABY BE MINE, LLC, a Delaware limited liability company,<br><br>            Defendant.<br>_____<br>AND RELATED COUNTERCLAIM. | Case No. CV-08-02554 EMC<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR OUT-OF-STATE COUNSEL TO APPEAR** *PRO HAC VICE* |

   On application of Robert N. Levin, counsel for defendant and counterclaimant BABY BE MINE, LLC ("defendant") for an order admitting him to appear *pro hac vice* in this action as co-counsel for defendant, and good cause appearing,

   IT IS HEREBY ORDERED that Robert N. Levin is admitted to practice in the Northern

District of California on a *pro hac vice* basis representing defendant and counterclaimant BABY BE MINE, LLC in this action.

**IT IS SO ORDERED.**

DATED: July _____, 2008            _____
                                    United States District Court Magistrate Judge

*Presented by:*

Peter W. Craigie, State Bar No. 99509
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com