1   Peter W. Craigie, State Bar No. 99509
2   Craigie, McCarthy & Clow
    540 Pacific Avenue
3   San Francisco, California 94133
    Telephone: 415-732-7788
4   Facsimile: 415-732-7783
    E-mail: craigielaw@aol.com
5

6   Robert N. Levin
    *Pro Hac Vice*
7   Law Offices Of Robert N. Levin, P.C.
    1901 Research Boulevard, Suite 400
8   Rockville, Maryland 20850-3164
    Telephone: 301-517-8727
9   Telecopier: 301-762-4056
    E-mail: r.levin@erols.com
10

11  Attorneys for Defendant and Counterclaimant
    BABY BE MINE, LLC
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15
                                                    JCS
16  INGRID & ISABEL, INC., a California      Case No. CV-08-02554 ~~EMC~~
    corporation, and INGRID & ISABEL,
17  LLC, a California limited liability       **[~~PROPOSED~~] ORDER GRANTING**
    company,                                  **APPLICATION FOR OUT-OF-STATE**
18                                            **COUNSEL TO APPEAR *PRO HAC VICE***
                     Plaintiffs,
19          vs.

20  BABY BE MINE, LLC, a Delaware limited
    liability company,
21
                     Defendant.
22  _____

23  AND RELATED COUNTERCLAIM.

24          On application of Robert N. Levin, counsel for defendant and counterclaimant BABY BE

25  MINE, LLC ("defendant") for an order admitting him to appear *pro hac vice* in this action as co-

26  counsel for defendant, and good cause appearing,

27          IT IS HEREBY ORDERED that Robert N. Levin is admitted to practice in the Northern

28

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

1

1    District of California on a *pro hac vice* basis representing defendant and counterclaimant BABY

2    BE MINE, LLC in this action.

3

4        **IT IS SO ORDERED.**

5

6    DATED:  July __25__, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero

7    United _____ istrate Judge

8

9

10   *Presented by:*

11

12   Peter W. Craigie, State Bar No. 99509
     Craigie, McCarthy & Clow

13   540 Pacific Avenue
     San Francisco, California 94133

14   Telephone: 415-732-7788
     Facsimile: 415-732-7783

15   E-mail: craigielaw@aol.com

16

17

18

19

20

21

22

23

24

25

26

27

28

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

2