ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
ILENE H. GOLDBERG (SBN 168051)
igoldberg@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiffs/Counterdefendants
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BABY BE MINE, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C08-02554 JCS<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF PLAINTIFFS/ COUNTERDEFENDANTS TO COUNTERCLAIMS OF DEFENDANT/ COUNTERCLAIMANT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs and Counterdefendants INGRID & ISABEL, INC. and INGRID & ISABEL, LLC (collectively, "Plaintiffs"), by and through their attorneys of record, hereby reply to the Counterclaim of Defendant and Counterclaimant BABY BE MINE, LLC ("Defendant") filed in the above-captioned action.

**ALLEGATIONS REGARDING JURISDICTION**

1. On information and belief, Plaintiffs admit the allegations of Paragraph 1.

1. 2. Plaintiffs admit the allegations of Paragraph 2.
2. 3. Plaintiffs admit the allegations of Paragraph 3.
3. 4. Plaintiffs admit the allegations of Paragraph 4.
4. 5. Plaintiffs admit that they have sued Defendant alleging that Defendant is guilty of unfair competition under Section 43(a) of the Lanham Act and under California statutory and common law.
5. 6. Plaintiffs admit that they have sued Defendant alleging that Defendant is guilty of unfair competition under California statutory and common law.
6. 7. Plaintiffs admit the allegations of Paragraph 7.
7. 8. Plaintiffs admit the allegations of Paragraph 8.
8. 9. Plaintiffs admit the allegations of Paragraph 9.
9. 10. Plaintiffs admit the allegations of Paragraph 10.
10. 11. Plaintiffs admit the allegations of Paragraph 11.
11. 12. Plaintiffs admit the allegations of Paragraph 12.
12. 13. Plaintiffs admit that Ingrid & Isabel, Inc. is a California corporation with its principal place of business in San Francisco, California and that Ingrid & Isabel, LLC is a California limited liability company with its principal place of business in San Francisco, California.

## COUNT I

(Declaratory Judgment)

14. Plaintiffs repeat and incorporate by reference their responses to Paragraphs 1 through 13 inclusive of the Counterclaim, as if set forth in full herein.

15. Plaintiffs admit that certain claims in the Patent in Suit contain the quoted language, "whereby the band holds the upper end of the pants or skirt closely against the torso retaining the pants or skirt in place," "to hold the skirt or pants in place on the women's body," "to hold the skirt or pants in place on the women's body," "whereby the band holds the upper end of the pants or skirt closely against the torso, retaining the parts of skirt in place," " to hold the skirt or pants on the

1  woman's body," and "to hold the skirt or pants in place on the women's body."  Plaintiffs deny any
2  and all remaining allegations of Paragraph 15.

3      16.    Plaintiffs are without sufficient information or knowledge to admit or deny the
4  allegations of Paragraph 16 and therefore deny the allegations of this Paragraph.

5      17.    Plaintiffs deny the allegations in the second sentence of Paragraph 17 and are
6  without sufficient information or knowledge to admit or deny the allegations in the first and third
7  sentences of Paragraph 17 and therefore deny the allegations of in those sentences.

8      18.    Plaintiffs deny the allegations of Paragraph 18.
9      19.    Plaintiffs deny the allegations of Paragraph 19.
10     20.    Plaintiffs deny the allegations of Paragraph 20.
11     21.    Plaintiffs deny the allegations of Paragraph 21.

## COUNT II

(Breach of Contract)

14     22.    Plaintiffs repeat and incorporate by reference their responses to Paragraphs 1
15 through 21 inclusive of the Counterclaim, as if set forth in full herein.

16     23.    Plaintiffs admit the allegations of Paragraph 23.

17     24.    Plaintiffs admit that the "First Complaint is in two Counts" and that "Count One
18 alleges violation of common law rights including unfair competition."  Plaintiffs deny any and all
19 remaining allegations of Paragraph 24.

20     25.    Plaintiffs admit that the First Complaint alleged a cause of action for trademark
21 infringement.  Plaintiffs deny any and all remaining allegations of Paragraph 25.

22     26.    Plaintiffs admit the allegations of Paragraph 26 to the extent that "First Suit"
23 actually refers to "First Case" as defined by Defendant in Paragraph 23 of Defendant's Answer to
24 Complaint and Counterclaims.

25     27.    Plaintiffs admit that Paragraph 3 of the Settlement Agreement permits Defendant to
26 use the terms and phrases, "Maternity Belly Band," "Maternity Band," "Baby Be Mine Maternity
27 Belly Band," and "Baby Be Mine Belly Band."  Plaintiffs are without sufficient information or
28

1 knowledge to admit or deny the allegations in the second sentence of Paragraph 27 and therefore
2 deny those allegations.

3     28.    Plaintiffs admit the allegations of Paragraph 28, except for the misquotations,
4 "claims of defense" and "time up and including."  Plaintiff admits that the release in Paragraph 7 of
5 the Settlement Agreement only applies to claims or defenses existing up to the date of the
6 Settlement Agreement and that the Complaint in the instant action concerns actions and conduct
7 that have occurred, or are occurring, after the date of the Settlement Agreement.

8     29.    Plaintiffs are without sufficient information or knowledge to admit or deny the
9 allegations of Paragraph 29 and therefore deny the allegations of this Paragraph.

10     30.    Plaintiffs admit that the Patent in Suit issued after the date of the Settlement
11 Agreement and that their patent application was filed in 2003.  Plaintiffs deny any and all
12 remaining allegations of Paragraph 30.

13     31.    Plaintiffs admit that their maternity band products embody the inventions disclosed
14 in the subject patent.  Plaintiffs deny any and all remaining allegations of Paragraph 31.

15     32.    Plaintiffs admit that a Request for Dismissal and Order was signed by Judge Wayne
16 D. Brazil on May 17, 2007 in the First Case.

17     33.    Plaintiffs deny the allegations of Paragraph 33.
18     34.    Plaintiffs admit the allegations of Paragraph 34.
19     35.    Plaintiffs deny the allegations of Paragraph 35.
20     36.    Plaintiffs deny the allegations of Paragraph 36.
21     37.    Plaintiffs deny the allegations of Paragraph 37.
22     38.    Plaintiffs deny the allegations of Paragraph 38.

23 **ANSWER TO COUNTERCLAIMANT'S PRAYER FOR RELIEF**

24     39.    Plaintiffs deny that Defendant is entitled to any relief whatsoever from Plaintiffs or
25 this Court, either as requested in the Counterclaims or as might otherwise be available in equity or
26 at law.

27 **GENERAL DENIAL**

28     40.    Plaintiffs further deny each and every allegation contained in the Counterclaims to

which Plaintiffs have not specifically responded.

## AFFIRMATIVE DEFENSES

Plaintiffs assert the following affirmative defenses and reserve the right to allege additional defenses as they are discovered.

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

1. As a separate and first affirmative defense to the Counterclaims and to each claim for relief against Plaintiffs set forth therein, Plaintiffs allege that the Counterclaims fail to state facts sufficient to support any claim upon which relief can be granted against Plaintiffs.

## SECOND AFFIRMATIVE DEFENSE

(Unclean Hands)

2. As a separate and second affirmative defense to the Counterclaims and to each claim for relief against Plaintiffs set forth therein, Plaintiffs allege upon information and belief that Defendant's claims are barred in whole or in part by the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE

(Waiver)

3. As a separate and third affirmative defense to the Counterclaims and to each claim for relief against Plaintiffs set forth therein, Plaintiffs allege upon information and belief that Defendant is barred in whole or in part due to the doctrine of waiver.

## FOURTH AFFIRMATIVE DEFENSE

(Estoppel)

4. As a separate and fourth affirmative defense to the Counterclaims and to each claim for relief against Plaintiffs set forth therein, Plaintiffs allege upon information and belief that Defendant is barred in whole or in part due to the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

(Patent Infringement)

5. As a separate and fifth affirmative defense to the Counterclaims and to each claim for relief against Plaintiffs set forth therein, Defendant and Counterclaimant has been, and is now,

{00329562v1}

-5-

Answer and Affirmative Defenses of Plaintiffs/Counterdefendants to
Counterclaims of Defendant/Counterclaimant (Case No. C08-02554 JCS)

1  infringing, directly and indirectly by way of inducement and/or contributory infringement, the
2  claims of the '775 Patent.
3     6.     Plaintiffs reserve the right to supplement the Answer to Defendant's Answer and
4  Counterclaims, including, but not limited to, adding additional affirmative defenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs and Counter-Defendants hereby pray as follows:

1. That Defendant and Counter-Claimant take nothing and be afforded no equitable relief or otherwise by reason of the Counterclaims.
2. For attorneys fees and costs of suit herein incurred.
3. For such other relief as the Court may deem just.

Dated:  August 13, 2008                              CARR & FERRELL LLP

By: _____
ROBERT J. YORIO
ILENE H. GOLDBERG
CHRISTINE S. WATSON
CHRISTOPHER P. GREWE

Attorneys for Plaintiffs/Counterdefendants
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC

{00329562v1}

-6-

Answer and Affirmative Defenses of Plaintiffs/Counterdefendants to
Counterclaims of Defendant/Counterclaimant (Case No. C08-02554 JCS)

**DEMAND FOR JURY TRIAL**

Plaintiffs and Counter-Defendants INGRID & ISABEL, INC. and INGRID & ISABEL, LLC hereby demand a jury trial of all issues in the above-captioned action that are triable to a jury.

Dated: August 13, 2008                         CARR & FERRELL LLP

By: _____
ROBERT J. YORIO
ILENE H. GOLDBERG
CHRISTINE S. WATSON
CHRISTOPHER P. GREWE

Attorneys for Plaintiffs/Counterdefendants
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC