# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ingrid & Isabel, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Baby Be Mine, LLC, <br><br> Defendant(s). | 08-02554 JCS <br><br> **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: August 14, 2008

                RICHARD W. WIEKING
                Clerk
                by:   Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-02554 JCS                                           -2-

PROOF OF SERVICE

Case Name:        Ingrid & Isabel, Inc. v. Baby Be Mine, LLC

Case Number:    08-02554 JCS

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On August 14, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Robert Joseph Yorio
>   Carr & Ferrell LLP
>   2200 Geng Road
>   Palo Alto, CA 94303
>   yorio@carrferrell.com
>
>   Christopher Paul Grewe
>   Carr & Ferrell LLP
>   2200 Geng Road
>   Palo Alto, CA 94303
>   cgrewe@carrferrell.com
>
>   Colby B. Springer
>   Carr & Ferrell LLP
>   2200 Geng Road
>   Palo Alto, CA 94303
>   cspringer@carrferrell.com
>
>   Ilene H. Goldberg
>   Carr & Ferrell LLP
>   2200 Geng Road

Palo Alto, CA 94303

Peter W Craigie
Craigie McCarthy & Clow
540 Pacific Avenue
San Francisco, CA 94133
craigielaw@aol.com

Robert N. Levin
Law Offices of Robert N. Levin, P.C.
1901 Research Boulevard
Suite 400
Rockville, MD 20850-3164

Christine S. Watson
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303
cwatson@carrferrell.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 14, 2008 in San Francisco, California.

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Lisa M. Salvetti

                                        */s/ Lisa M. Salvetti*
                                        ADR Administrative Assistant
                                        415-522-2032
                                        lisa_salvetti@cand.uscourts.gov