ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
ILENE H. GOLDBERG (SBN 168051)
igoldberg@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs/Counterdefendants
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BABY BE MINE, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. C08-02554 JCS<br><br>**PROOF OF SERVICE:**<br><br>1. **STANDING ORDER RE: CASE MANAGEMENT CONFERENCE**<br><br>2. **CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO** |
| AND RELATED COUNTERCLAIMS. | |

CASE NAME: *Ingrid & Isabel, Inc., et al. v. Baby Be Mine, LLC*   CASE NO. C08-02554 JCS

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as

1. **STANDING ORDER RE: CASE MANAGEMENT CONFERENCE**
2. **CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO**

[x] (BY EMAIL) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

[x] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

Robert N. Levin, Esq.
Law Offices of Robert N. Levin, P.C.
1901 Research Boulevard, Suite 400
Rockville, MD 20850-6120
Fax: (301) 762-4056
Email: r.levin@erols.com
Attorneys for Defendant/Counterclaimant
BABY BE MINE, LLC

Peter W. Craigie, Esq.
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, CA 94133-4608
Fax: (415) 732-7783
Email: craigielaw@aol.com
Attorneys for Defendant/Counterclaimant
BABY BE MINE, LLC

[x] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 15, 2008 at Palo Alto, California.

_____
Michelle Canalita