Peter W. Craigie, State Bar No. 99509
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Robert N. Levin
*Pro Hac Vice*
Law Offices Of Robert N. Levin, P.C.
1901 Research Boulevard, Suite 400
Rockville, Maryland 20850-3164
Telephone: 301-517-8727
Telecopier: 301-762-4056
E-mail: r.levin@erols.com

Attorneys for Defendant and Counterclaimant
BABY BE MINE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>BABY BE MINE, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant.<br>_____<br>AND RELATED COUNTERCLAIM. | Case No. CV-08-02554 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE TO SEPTEMBER 12, 2008** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between plaintiffs and counterdefendants INGRID & ISABEL, INC. and INGRID & ISABEL, LLC, ("Ingrid & Isabel") and defendant and counterclaimant BABY BE MINE, LLC ("Baby Be Mine") as follows:

1) The Case Management Conference is presently set for August 29, 2008 at 1:30 p.m.

2) The parties have met and conferred and request that the Case Management Conference be continued to September 12, 2008 at 1:30 p.m.

Respectfully submitted,

Dated: August 19, 2008                CRAIGIE, McCARTHY & CLOW

                    /s/ Peter W. Craigie
Peter W. Craigie
Attorneys for Defendant and Counterclaimant
BABY BE MINE, LLC

Dated:  August 19, 2008               CARR & FERRELL LLP

                    /s/ Christine S. Watson
Christine S. Watson
Attorneys for Plaintiffs and Counterdefendants
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC

## GENERAL ORDER 45 CERTIFICATION

I, Peter W. Craigie, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  August 19, 2008               CRAIGIE, McCARTHY & CLOW

                    /s/ Peter W. Craigie
Peter W. Craigie
Attorneys for Defendant and Counterclaimant
BABY BE MINE, LLC

**ORDER**

IT IS HEREBY ORDERED that:

The Case Management Conference currently scheduled for August 29, 2008 at 1:30 p.m. is continued to September 12, 2008 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: _____, 2008                    _____
                                                                                 The Honorable Joseph C. Spero
                                                                                 United States District Court Judge