UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, INC.; INGRID & ISABEL, LLC<br>     Plaintiff(s),<br><br>   v.<br><br>BABY BE MINE, LLC, a Delaware limited liability company<br>     Defendant(s).<br>_____/ | Case No. C08-02554 JCS<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

  (2) Discussed the available dispute resolution options provided by the Court and private entities; and

  (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/4/08                 _____
                              [Party]

Dated: 9/5/08                 _____
                              [Counsel]