UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ingrid & Isabel, Inc.; Ingrid & Isabel LLC

CASE NO. C08-02554 JCS

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Baby Be Mine, LLC

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  September 12, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Christine Watson | Plaintiffs | (650) 812-3439 | cwatson@carrferrell.com |
| Robert Yorio | Plaintiffs | (650) 812-3453 | yorio@carrferrell.com |
| Peter Craigie | Defendant | (415) 732-7788 | craigielaw@aol.com |
| Robert Levin | Defendant | (301) 517-8727 | r.levin@erols.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/5/08

*Christine Watson* (signature)
Attorney for Plaintiff

Dated: 9/5/08

/s/ Peter Craigie
Attorney for Defendant

Rev 12.05