ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
ILENE H. GOLDBERG (SBN 168051)
igoldberg@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiffs/Counterdefendants
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BABY BE MINE, LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C08-02554 JCS<br><br>**[PROPOSED] ORDER AND STIPULATION CONTINUING CLAIM CONSTRUCTION CASE SCHEDULE DATES** |

Plaintiffs INGRID & ISABEL, INC. and INGRID & ISABEL, LLC ("Plaintiffs") and Defendant BABY BE MINE, LLC ("Defendant"), through their respective counsel, hereby stipulate to the following:

WHEREAS:

    A.    The Court issued its Case Management and Pretrial Order ("Case Management Order") in the above-captioned case on September 17, 2008 (Docket No. 29);

1  B.  The Case Management Order set the following deadlines and hearing date:

2      Opening Claim Construction Briefs by Plaintiffs      November 14, 2008

3      Responding Claim Construction Briefs by Defendant      December 2, 2008

4      Reply Claim Construction Briefs by Plaintiffs      December 9, 2008

5      Claim Construction Hearing      January 23, 2009;

6  C.  The parties have initiated settlement discussions and mediation is set for December 15, 2008.  The parties wish to avoid the time and expense of claim construction briefing and focus on settlement of this case;

9  D.  The parties have met and conferred and agree that the claim construction briefing schedule should be continued as follows:

11     Opening Claim Construction Briefs by Plaintiffs      December 22, 2008

12     Responding Claim Construction Briefs by Defendant      January 9, 2008

13     Reply Claim Construction Briefs by Plaintiffs      January 16, 2008

14     Claim Construction Hearing      February 20, 2009;

15 E.  This is the first request for a continuance of the claim construction dates made by the parties in this case and the requested continuances are not made for the purpose of delay; and

18 F.  This stipulation and the corresponding continuances are not believed to affect or otherwise alter any other deadline presently on calendar other than the January 23, 2009 Claim Construction Hearing date.

21 Accordingly, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their respective counsel, that Opening Claim Construction Briefs by Plaintiffs are due on or before December 22, 2008, Responding Claim Construction Briefs by Defendant are due on or before January 9, 2008, Reply Claim Construction Briefs by Plaintiffs are due on or before January 16, 2008 and the Claim Construction Hearing may be set on February 20, 2009 or on such other date that is convenient to the Court.

27 ///

28 ///

{00343775v1}

-2-

Order and Stipulation Continuing Claim Construction Case Schedule Dates
(Case No. C08-02554 JCS)

IT IS SO STIPULATED.

Dated: October 23, 2008                             CARR & FERRELL LLP

By: /s/ Christine S. Watson
ROBERT J. YORIO
ILENE H. GOLDBERG
CHRISTINE S. WATSON
CHRISTOPHER P. GREWE

Attorneys for Plaintiffs/Counterdefendants
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC

Dated: October 23, 2008                             CRAIGIE, MCCARTHY & CLOW

By: /s/ Peter Craigie
PETER CRAIGIE

Attorneys for Defendant/Counterclaimant
BABY BE MINE, LLC

## **ORDER**

Having considered the parties' Stipulation Continuing Case Schedule Dates and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

A. Opening Claim Construction Briefs by Plaintiffs are due on or before December 22, 2008;

B. Responding Claim Construction Briefs by Defendant are due on or before January 9, 2008;

C. Reply Claim Construction Briefs by Plaintiffs are due on or before January 16, 2008;

D. The Claim Construction Hearing is set for February 27, 2009.

IT IS SO ORDERED.

Dated: October 24, 2008

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

{00343775v1}

-3-

Order and Stipulation Continuing Claim Construction Schedule Dates
(Case No. C08-02554 JCS)