Peter W. Craigie, State Bar No. 99509
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: craigielaw@aol.com

Robert N. Levin
*Pro Hac Vice*
Law Offices Of Robert N. Levin, P.C.
1901 Research Boulevard, Suite 400
Rockville, Maryland 20850-3164
Telephone: 301-517-8727
Telecopier: 301-762-4056
E-mail: r.levin@erols.com

Attorneys for Defendant and Counterclaimant
BABY BE MINE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>BABY BE MINE, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant.<br>_____<br>AND RELATED COUNTERCLAIM. | Case No. CV-08-02554 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between plaintiffs and counterdefendants INGRID & ISABEL, INC. and INGRID & ISABEL, LLC, ("Ingrid & Isabel") and defendant and counterclaimant BABY BE MINE, LLC ("Baby Be Mine") as follows:

1

1) At the Case Management Conference on September 12, 2008, the Court set the mediation deadline for December 15, 2008;

2) Due to health issues relating to defendants, the parties were unable to complete the mediation by this deadline; and,

3) The parties agree to continue the mediation deadline to February 10, 2009.

Respectfully submitted,

Dated: December 11, 2008          CRAIGIE, McCARTHY & CLOW

                                                /s/ Peter W. Craigie
Peter W. Craigie
Attorneys for Defendant and Counterclaimant
BABY BE MINE, LLC

Dated: December 11, 2008          CARR & FERRELL LLP

                                                /s/ Christine S. Watson
Christine S. Watson
Attorneys for Plaintiffs and Counterdefendants
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC

GENERAL ORDER 45 CERTIFICATION

I, Peter W. Craigie, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 11, 2008          CRAIGIE, McCARTHY & CLOW

                                                /s/ Peter W. Craigie
Peter W. Craigie
Attorneys for Defendant and Counterclaimant
BABY BE MINE, LLC

## **ORDER**

IT IS HEREBY ORDERED that:

The mediation deadline is continued to February 10, 2009.

**IT IS SO ORDERED.**

Dated: ___December 17___, 2008



_____
The Honorable Joseph C. Spero
United States District Court Judge

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

3

Stipulation and [Proposed] Order