UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL INC,<br><br>    Plaintiff(s),<br><br>v.<br><br>BABY BE MINE INC.,<br><br>    Defendant(s). | Case No. C08-02554 JCS<br><br>**AMENDED ORDER GRANTING DEFENDANT'S ADMINISTRATIVE REQUEST FOR ORDER PERMITTING IT TO FILE A RESPONSIVE CLAIM CONSTRUCTION BRIEF [Docket No. 43]** |

The Court hereby amends its Order granting Defendant's Administrative Request for Order Permitting the Filing of a Responsive Claim Construction Brief.

IT IS HEREBY ORDERED THAT the responsive Claim Construction Brief attached as Exhibit A to the Declaration of Peter Craigie in support of Defendant's Request for Order Permitting It to File A Responsive Claim Construction Brief shall be filed forthwith. Plaintiffs Ingrid and Isabel shall be permitted to file any reply brief on or before **March 2, 2009.** The Claim Construction hearing is set for **March 25, 2009, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: February 25, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge