1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BABY BE MINE, LLC,<br>a Delaware limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C08-02554 JCS<br><br>[~~PROPOSED~~]<br>**ORDER CONTINUING TRIAL DATE AND CERTAIN CASE SCHEDULE DATES** |

21     The Court having reviewed the Joint Stipulation for a requested time modification of the

22  Court's Case Schedule, and good cause appearing therefore, the Court hereby orders its September

23  17, 2008 Case Management and Pretrial Order modified as follows:

24  ///
25  ///
26  ///
27  ///
28  ///

| NATURE OF DISCOVERY/EVENT | EXISTING DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Expert Reports Exchanged (on any matter on which a party bears the burden of proof) | May 1, 2009 | August 1, 2009 |
| Responsive Expert Reports Exchanged (and Rebuttal Experts Disclosed) | June 1, 2009 | August 31, 2009 |
| Expert Discovery Completed | June 30, 2009 | September 30, 2009 |
| Last Day to Hear Dispositive Motions | July 31, 2009 | October 2~~7~~ 23, 2009 - JCS |
| Final Pretrial Conference | October 30, 2009 | January 8, 2010 |
| Trial | November 16, 2009 | January 25, 2010 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May __20__, 2009

IT IS SO ORDERED AS MODIFIED

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

-2-
Order Continuing Trial Date and Certain Case Schedule Dates
(Case No. C08-02554 JCS)