UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BABY BE MINE, LLC,<br>a Delaware limited liability company,<br><br>Defendant. | CASE NO. C08-02554 JCS<br><br>**[PROPOSED]**<br>**ORDER CONTINUING**<br>**CERTAIN CASE**<br>**SCHEDULE DATES** |
| AND RELATED COUNTERCLAIMS. | |

The Court, having reviewed the Joint Stipulation for a requested time modification of the Court's Case Schedule, and good cause appearing therefor, the Court hereby orders its May 20, 2009 Order Continuing Trial Date and Certain Case Schedule Dates modified as follows:

///

///

///

///

///

{00390177v1}

-1-

Order Continuing Certain Case Schedule Dates
(Case No. C08-02554 JCS)

| NATURE OF DISCOVERY/EVENT | EXISTING DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Expert Reports Exchanged (on any matter on which a party bears the burden of proof) | August 1, 2009 | August 28, 2009 |
| Responsive Expert Reports Exchanged (and Rebuttal Experts Disclosed) | August 31, 2009 | September 4, 2009 |
| Expert Discovery Completed | September 30, 2009 | No change. |
| Last Day to Hear Dispositive Motions | October 23, 2009 | No change. |
| Final Pretrial Conference | January 8, 2010 | No change. |
| Trial | January 25, 2010 | No change. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 27, 2009

Judge Joseph C. Spero

-2-
Order Continuing Certain Case Schedule Dates
(Case No. C08-02554 JCS)