ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
ILENE H. GOLDBERG (SBN 168051)
igoldberg@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs/Counterdefendants
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC

PETER W. CRAIGIE (SBN 99509)
craigielaw@aol.com
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID & ISABEL, INC., a California corporation, and INGRID & ISABEL, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BABY BE MINE, LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C08-02554 JCS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiffs, INGRID & ISABEL, INC. and INGRID & ISABEL, LLC, and Defendant, BABY BE MINE, LLC, hereby stipulate to a dismissal of the entire above-captioned action with prejudice pursuant to the provisions of Fed. R. Civ. P. 41(a)(1). Plaintiffs and Defendant BABY BE MINE, LLC agree to the continuing jurisdiction of this Court over this action for a period of three (3) years from entry of this Stipulation and Order to enforce the terms of a written Settlement Agreement entered into by the parties. The parties further agree to bear their own attorneys' fees and costs of suit incurred herein.

IT IS SO STIPULATED.

Dated: August 6, 2009

CARR & FERRELL LLP

By: /s/ Robert J. Yorio
ROBERT J. YORIO
COLBY B. SPRINGER
ILENE H. GOLDBERG
CHRISTINE S. WATSON

Attorneys for Plaintiffs/Counterdefendants
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC

IT IS SO STIPULATED.

Dated: August ___, 2009

CRAIGIE, MCCARTHY & CLOW

By:_____
PETER W. CRAIGIE

Attorneys for Defendant/Counterclaimant
BABY BE MINE, LLC

**O R D E R**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____    _____
UNITED STATES MAGISTRATE JUDGE

{00393004v1}

-2-

Stipulation and Order of Dismissal (Case No. C08-02554 JCS)

Plaintiffs, INGRID & ISABEL, INC. and INGRID & ISABEL, LLC, and Defendant, BABY BE MINE, LLC, hereby stipulate to a dismissal of the entire above-captioned action with prejudice pursuant to the provisions of Fed. R. Civ. P. 41(a)(1). Plaintiffs and Defendant BABY BE MINE, LLC agree to the continuing jurisdiction of this Court over this action for a period of three (3) years from entry of this Stipulation and Order to enforce the terms of a written Settlement Agreement entered into by the parties. The parties further agree to bear their own attorneys' fees and costs of suit incurred herein.

IT IS SO STIPULATED.

Dated: August ___, 2009

CARR & FERRELL LLP

By:_____
ROBERT J. YORIO
COLBY B. SPRINGER
ILENE H. GOLDBERG
CHRISTINE S. WATSON

Attorneys for Plaintiffs/Counterdefendants
INGRID & ISABEL, INC. and
INGRID & ISABEL, LLC

IT IS SO STIPULATED.

Dated: August 6, 2009

CRAIGIE, MCCARTHY & CLOW

By: /s/ Peter W. Craigie
PETER W. CRAIGIE

Attorneys for Defendant/Counterclaimant
BABY BE MINE, LLC

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: August 10, 2009

_____
UNITED STATES DISTRICT JUDGE

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]