# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID & ISABEL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BABY BE MINE, LLC, et al.,<br><br>Defendants. | Case No. 13-cv-01806 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Joseph Spero to determine whether it is related to *Ingrid & Isabel, Inc. et al. v. Baby Be Mine, LLC*, No. 08-cv-02554 JCS.

IT IS SO ORDERED.

Date: May 10, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge